IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE I. MONTOYA,

    Plaintiff,

v.                                                       Civ. No. 15-365 KG/GBW

CAROLYN W. COLVIN,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On April 30, 2015, Plaintiff filed a complaint against Defendant seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1*. On October 21, 2015, Plaintiff filed a Motion to Remand to Agency. *Doc. 17*. On March 11, 2016, that motion was fully briefed. *Doc. 25*. On July 29, 2016, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this case to the Social Security Administration for further proceedings. *Doc. 26*. Neither party has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 26*), is ADOPTED. Plaintiff's motion is GRANTED and this case REMANDED to the Social Security Administration for further proceedings.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE