IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE I. MONTOYA,

    Plaintiff,

v.                                                          Civ. No. 15-365 KG/GBW

CAROLYN W. COLVIN,
*Acting Commissioner of the
Social Security Administration*,

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, GRANTING Plaintiff's Motion to Remand (*Doc. 17*) and REMANDING this case to the Commissioner of the Social Security Administration for further proceedings consistent with the Order Granting Plaintiff's Motion to Remand.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE